IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL MILES,

        Plaintiff,

v

TREETOPS ACQUISITION COMPANY, LLC,

        Defendant.

Case No.: 1:14-cv-10971

Hon. Thomas L. Ludington

**STIPULATED ORDER DIRECTING CLERK OF COURT TO REOPEN CASE AND DISMISSING CLAIMS WITH PREJUDICE**

In accordance with the parties' stipulation through their undersigned counsel, and this Court being fully advised in the premises;

It is **ORDERED** that the Clerk of Court is **DIRECTED** to reopen this matter following the administrative closure on December 16, 2014, ECF No. 17.

It is further **ORDERED** that this matter shall be, and hereby is, **DISMISSED with prejudice** pursuant to the terms of the parties' Confidential Settlement and Release Agreement.

Dated: February 12, 2016          s/Thomas L. Ludington
                                                   THOMAS L. LUDINGTON
                                                   United States District Judge

**Approved as to Form and Substance:**

/s/ Owen B. Dunn, Jr                      /s/ Brett A. Rendeiro
Owen B. Dunn, Jr., Esq.                  Brett A. Rendeiro (P64792)
Law Office of Owen B. Dunn, Jr.        VARNUM LLP
Attorney for Plaintiff                        Attorneys for Defendant

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 12, 2016.

                                        s/Michael A. Sian
                                        MICHAEL A. SIAN, Case Manager